# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANDREW MOSS**                                                        PLAINTIFF

v.                              No. 3:15-cv-200-DPM

**GENERAL MOTORS LLC**                                          DEFENDANT

## ORDER

Moss's responses to the pending motions, № 19 & 22, are overdue. Unless he responds by 16 December 2016, the Court will consider the motions unopposed and enter judgment accordingly.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2016