# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANDREW MOSS                                                    PLAINTIFF

v.                          No. 3:15-cv-200-DPM

GENERAL MOTORS LLC                                             DEFENDANT

## ORDER

GM moves unopposed to reschedule the trial. This older case needs a trial; and the Court set the October 2017 date in the face of conflicting obligations, thinking that either of GM's lawyers could take the lead at trial. The motion papers make plain, though, that Mr. Tuttle's role has been limited, Mr. Hanson has been in the lead, and GM expects and wants Mr. Hanson to try this case. All this creates good cause for a new trial date. The Court has first-out settings available in Jonesboro on 5 March 2018 and 9 July 2018. Counsel must file a notice of any unavoidable conflicts by 10 May 2017. While this delay in trial is regrettable, it's the best the Court can do in balancing all the variables. Motion, № 41, granted. A Second Amended Final Scheduling Order will issue after the Court hears about counsel's availability.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2017