IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW MOSS                                                    PLAINTIFF

v.                          No. 3:15-cv-200-DPM

GENERAL MOTORS LLC                                             DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 January 2018